IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BLAKE MALCOLM NEWSOME                                    PLAINTIFF

v.                      Civil No. 1:17-cv-01031

SHERIFF RICKY ROBERTS, Union
County, Arkansas; CAPTAIN MITCHAM;
NURSE RICE; LIEUTENANT GREEN;
SERGEANT SMITH; and SERGEANT
 GOODE                                                         DEFENDANTS

## **JUDGMENT**

On May 9, 2017, Plaintiff Blake Malcolm Newsome filed this 42 U.S.C. § 1983 action *pro se*. (ECF No. 1). Before the Court is Plaintiff's failure to obey orders of the Court.

For the reasons stated in the order of even date, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE.**

     **DATED this 17th day of October 2017.**

                                             /s/ Barry A. Bryant
                                             HON. BARRY A. BRYANT
                                             UNITED STATES MAGISTRATE JUDGE